# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

ALICIA D. WILLIS,  
    Plaintiff,

Case No. 1:18-cv-158  
Barrett, J.  
Litkovitz, M.J.

vs.

COMMISSIONER OF SOCIAL SECURITY,  
    Defendant.

**ORDER**

This matter is before the Court on the Commissioner's unopposed motion to stay proceedings. (Doc. 14). For good cause shown, the motion is **GRANTED in part**. Specifically, this matter is stayed for 45 days. In addition, the Commissioner shall file a status report within 30 days of this Order.

    **IT IS SO ORDERED**.

Karen L. Litkovitz  
United States Magistrate Judge