# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ALICIA D. WILLIS,<br>    Plaintiff, | Case No. 1:18-cv-158<br>Cole, J.<br>Litkovitz, M.J. |
| vs. | |
| COMMISSIONER OF<br>SOCIAL SECURITY,<br>    Defendant. | **ORDER** |

This matter is before the Court following a telephone status conference held on September 21, 2020 regarding the Sixth Circuit Court of Appeals' decision in *Ramsey et al. v. Commissioner of Social Security*. With the consent of the parties and the Court, this matter shall be **STAYED** until **October 30, 2020**. As discussed at the conference, the Commissioner shall file a status report or other appropriate motion with the Court by **October 30, 2020.**

    IT IS SO ORDERED

Date: 9/21/2020

Karen L. Litkovitz
United States Magistrate Judge